AO 10*
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Latham, Christopher B. | Bankruptcy Court-Calif. Southern | 11/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date ☑ Initial ☐ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>10/31/2012 |

**7. Chambers or Office Address**

Jacob Weinberger United States Courthouse
325 West F Street
San Diego, CA 92101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 11/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Pillsbury Winthrop Shaw Pittman LLP -- partner draws |
| 2. | 2012 | Pillsbury Winthrop Shaw Pittman LLP -- partner draws |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 11/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Kenneth J. Licht | Mortgage on Rental Prop., San Diego, CA (Pt VII, line 2) | K |
| 2. | Citibank | Mortgage on Rental Prop., San Diego, CA (Pt VII, line 2) | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 11/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | Exempt | | | | |
| 2. Rental Property, San Diego, CA (1994 $214,000) | E | Rent | M | R | | | | | |
| 3. Evergreen Ventures LLC | B | Distribution | J | U | | | | | |
| 4. Wells Fargo Bank (deposit accounts) | A | Interest | K | T | | | | | |
| 5. ScholarShare 529 account (age-based portfolio)- ▓▓▓ #1 | C | Int./Div. | L | T | | | | | |
| 6. ScholarShare 529 account (age-based portfolio)- ▓▓▓ #2 | C | Int./Div. | K | T | | | | | |
| 7. Schwab Money Market | A | Int./Div. | K | T | | | | | |
| 8. Schwab American Century Inflation Adj. Bond Fund (ACITX) | A | Interest | K | T | | | | | |
| 9. Pillsbury Winthrop Shaw Pittman Cash Balance Plan | B | Interest | L | U | | | | | |
| 10. Pillsbury Madison & Sutro Venture Fund III, LLC | A | Int./Div. | J | U | | | | | |
| 11. Discover Bank CD | A | Interest | | | | | | | |
| 12. Vanguard Specialized Healthcare Inv (VGHCX) | A | Int./Div. | K | T | | | | | |
| 13. Schwab-IRA Money Market | A | Interest | K | T | | | | | |
| 14. Schwab-IRA American Century Inflation Adj. Treas. (ACITX) | B | Int./Div. | K | T | | | | | |
| 15. Fidelity-Dodge & Cox Stock Fund (DODGX) | A | Dividend | L | T | | | | | |
| 16. Fidelity Contrafund K (FCNKX) | A | Int./Div. | K | T | | | | | |
| 17. Fidelity Low Priced Stock Fund (FLPKX) | A | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 11/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity-Pimco Total Return Fund (PTTRX) | A | Int./Div. | M | T | | | | | |
| 19. Fidelity-Templeton Developing Markets Fund (TDADX) | A | Int./Div. | K | T | | | | | |
| 20. Fidelity-Templeton Global Bond Fund (TGBAX) | C | Interest | K | T | | | | | |
| 21. Fidelity-Vanguard Inflation Protected Fund (VAIPX) | A | Int./Div. | K | T | | | | | |
| 22. Fidelity-Vanguard Healthcare Fund (VGHAX) | A | Int./Div. | K | T | | | | | |
| 23. Fidelity-Chevron Corp. New (common stock) (CVX) | A | Dividend | K | T | | | | | |
| 24. Fidelity-SEP IRA Am. Cent. Inflation Adj. Treasuries (ACITX) | B | Interest | K | T | | | | | |
| 25. Fidelity- SEP IRA Pimco Real Return Class D Fund (PRRDX) | B | Int./Div. | K | T | | | | | |
| 26. Schwab-American Century Inflation Adj. Treasuries (ACITX) | B | Interest | K | T | | | | | |
| 27. Schwab-IRA Pimco Global Multi Asset Fund (PGMDX) | B | Int./Div. | K | T | | | | | |
| 28. Schwab-IRA S&P 500 Index Fund (SWPPX) | A | Int./Div. | J | T | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 11/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher B. Latham**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544